AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Thompson, Anne E. | U.S. District Court | 05/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge - Senior Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

402 E. State Street
Room 4000
Trenton, NJ 08608

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Criminal Law Drafting Committee | National Conference of Bar Examiners |
| 2. | Co-Trustee | Trust #1 - U/W Wm. Thompson Art. Fifth |
| 3. | Co-Trustee | Trust #2 - U/W Wm. Thompson Art. Sixth |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | National Conference of Bar Examiners -- Fees earned for drafting, editing & revising bar exam and evaluating performance of test questions. | $7,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bar Examiners | April 24-28. 2014 | Las Vegas, NV | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 2. | National Conference of Bar Examiners | October 23-27, 2014 | Chicago, IL | Activity of Organization | Airfare, Hotel, Meals & Local Transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Sun Nat'l Bank Checking Account | A | Interest | K | T | | | | | |
| 2.  Dukes County Bank Account | | None | | | Closed | 02/01/14 | J | | |
| 3.  Glenmede Tax-Exempt Fund | | None | J | T | | | | | |
| 4.  Intel Corp | A | Dividend | J | T | | | | | |
| 5.  Freeport McMoran Copper Gold Inc. | A | Dividend | J | T | | | | | |
| 6.  Coach Inc. | A | Dividend | J | T | | | | | |
| 7.  Baxter Intl Inc | A | Dividend | J | T | | | | | |
| 8.  Metropolitan Life Insurance Company | A | Interest | J | T | Open | 02/01/14 | J | | |
| 9.  TRUST #1 -- U/W Wm. Thompson Art. Fifth | D | Dividend | O | T | | | | | |
| 10.  -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 11.  -- Fidelity Money Market Cash Reserves | | | | | | | | | |
| 12.  -- Fidelity Advisor New Insights Fund | | | | | | | | | |
| 13.  -- Fidelity Real Estate Investment Fund | | | | | | | | | |
| 14.  -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 15.  -- Fidelity NJ Municipal Income Fund | | | | | Sold | 01/07/14 | K | B | |
| 16.  -- Fidelity Short-Inter Mediate Muni Income Fund | | | | | Sold (part) | 05/20/14 | J | A | |
| 17.  -- AllianceBern Muni Inc Fund II NJ | | | | | Sold | 01/07/14 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Baron Growth Fund | | | | | | | | | |
| 19. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 20. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 21. -- Franklin NJ Tax Free Income Fund A | | | | | Sold | 01/07/14 | K | A | |
| 22. -- Harbor Capital Appreciation Fund | | | | | | | | | |
| 23. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 24. -- Hotchkins & Wiley Mid Cap Value Fund CL A | | | | | | | | | |
| 25. -- Morgan Stanley Mid Cap Growth Port CL P | | | | | | | | | |
| 26. -- Mutual Series Mutual Shares CL A | | | | | Sold | 01/07/14 | J | C | |
| 27. -- Nuveen NJ Muni Bond Fund CL A | | | | | Sold | 01/07/14 | K | C | |
| 28. -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 29. -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 30. -- Royce PA Mutual Fund | | | | | | | | | |
| 31. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 03/13/14 | J | | |
| 32. -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 05/22/14 | J | | |
| 33. -- CRM Mid Cap Value Investor Fund | | | | | Sold | 03/13/14 | J | D | |
| 34. -- Invesco Int'l Growth Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  -- Thornburg Int'l Value Fund | | | | | Sold | 03/14/14 | J | A | |
| 36.  -- Vitrus Foreign Opportunities Fund | | | | | | | | | |
| 37.  -- Templeton Global Bond Fund | | | | | Buy (add'l) | 01/07/14 | J | | |
| 38.  -- Templeton Global Bond Fund | | | | | Sold (part) | 12/23/14 | J | A | |
| 39.  -- MFS International Diversification Fund | | | | | | | | | |
| 40.  -- T Rowe Tax Free Inc Fund | | | | | | | | | |
| 41.  -- EV Parametric Structured Emerging Markets | | | | | Sold (part) | 03/14/14 | J | A | |
| 42.  -- EV Parametric Structured Emerging Markets | | | | | Sold (part) | 11/28/14 | J | A | |
| 43.  -- EV Parametric Structured Emerging Markets | | | | | Sold | 12/24/14 | J | A | |
| 44.  -- Aston/River Road Dividend All Cap | | | | | | | | | |
| 45.  -- Causeway International Value | | | | | | | | | |
| 46.  -- FMI Large Cap Fund | | | | | | | | | |
| 47.  -- Lazard Emerging Markets | | | | | | | | | |
| 48.  -- MFS Research Int'l | | | | | | | | | |
| 49.  -- Primecap Odyssey Growth Fund | | | | | | | | | |
| 50.  -- IShares TR Russell 1000 Value Index | | | | | | | | | |
| 51.  -- IShares TR Russell 100 Growth Index | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Fidelity Municipal Income | | | | | Buy (add'l) | 01/07/14 | L | | |
| 53. -- Artisan Small Cap Fund | | | | | | | | | |
| 54. -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 01/07/14 | J | | |
| 55. -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 03/14/14 | J | | |
| 56. -- Wells Fargo Short-Term Muni Inc | | | | | Sold (part) | 05/20/14 | J | A | |
| 57. -- IShares TR Russell 1000 Index Fund | | | | | | | | | |
| 58. -- Vanguard Growth Vipers | | | | | | | | | |
| 59. -- Vanguard Value Vipers | | | | | | | | | |
| 60. -- Aberdeen Emerging Markets | | | | | Sold | 03/14/14 | J | A | |
| 61. -- Oppenheimer International Bond | | | | | Sold | 11/28/14 | J | A | |
| 62. -- Financial Select Sector | | | | | | | | | |
| 63. -- Franklin Federal Tax Free Income Fund | | | | | Buy | 01/07/14 | J | | |
| 64. -- Acadian Emerging Markets Port Inst. | | | | | Buy | 01/07/14 | J | | |
| 65. -- Acadian Emerging Markets Port Inst. | | | | | Buy (add'l) | 03/14/14 | J | | |
| 66. -- Blackrock National Muni Fund Cl A | | | | | Buy | 01/07/14 | K | | |
| 67. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Buy | 01/09/14 | J | | |
| 68. -- Fidelity Low Priced Stock | | | | | Buy | 03/14/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Fidelity Low Priced Stock | | | | | Buy (add'l) | 05/20/14 | J | | |
| 70. -- Oppenheimer International Growth Cl A | | | | | Buy | 03/14/14 | J | | |
| 71. -- Oppenheimer International Growth Cl A | | | | | Sold | 12/24/14 | J | A | |
| 72. -- Transamerica International Small Cap Value | | | | | Buy | 03/14/14 | J | | |
| 73. -- Invesco Convertible Securities Fd Cl Y | | | | | Buy | 05/20/14 | J | | |
| 74. -- Invesco Convertible Securities Fd Cl Y | | | | | Buy (add'l) | 09/17/14 | J | | |
| 75. -- Invesco Convertible Securities Fd Cl Y | | | | | Sold (part) | 11/28/14 | J | A | |
| 76. -- Invesco Convertible Securities Fd Cl Y | | | | | Sold | 12/09/14 | J | A | |
| 77. -- Nuveen Intermediate Duration Muni Bond | | | | | Buy | 12/24/14 | J | | |
| 78. -- Fidelity International Cap Appreciation Fund | | | | | Buy | 12/24/14 | J | | |
| 79. -- MFS International Value Fund | | | | | Buy | 12/24/14 | J | | |
| 80. -- Oakmark International Cl I | | | | | Buy | 12/24/14 | J | | |
| 81. -- Wasatch Frontier Emerging Small Co's | | | | | Buy | 12/24/14 | J | | |
| 82. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Buy | 12/29/14 | J | | |
| 83. TRUST #2 -- U/W Wm. Thompson Art. Sixth | D | Dividend | O | T | | | | | |
| 84. -- Fidelity Diversified Int'l Fund | | | | | | | | | |
| 85. -- Fidelity Money Market Cash Reserves | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Fidelity Advisor Mid Cap Fund II CL I | | | | | | | | | |
| 87. -- Fidelity Advisor Int'l Discovery Fund CL I | | | | | Buy (add'l) | 03/20/14 | J | | |
| 88. -- Fidelity Real Estate Investment Fund | | | | | | | | | |
| 89. -- Fidelity Blue Chip Growth Fund | | | | | | | | | |
| 90. -- Allianz NFJ Dividend Value Fund | | | | | Sold (part) | 01/07/14 | J | C | |
| 91. -- Allianz NFJ Dividend Value Fund | | | | | Sold | 03/20/14 | J | D | |
| 92. -- Baron Growth Fund | | | | | | | | | |
| 93. -- DWS Strategic High Yield Tax Free CL S | | | | | | | | | |
| 94. -- Diamond Hill Small Cap Fund CL A | | | | | | | | | |
| 95. -- Franklin NJ Tax Free Income Fund A | | | | | Sold | 01/07/14 | K | A | |
| 96. -- Harbor Capital Appreciation Fund | | | | | Sold (part) | 03/20/14 | J | B | |
| 97. -- Hartford Capital Appreciation Fund CL A | | | | | | | | | |
| 98. -- IShares TR Russell 100 Growth Index Fund | | | | | | | | | |
| 99. -- Mutual Series Mutual Shares CL A | | | | | | | | | |
| 100. -- Nuveen NJ Muni Bond Fund CL A | | | | | Sold | 01/07/14 | K | A | |
| 101. -- RS Value Fund | | | | | Sold (part) | 01/07/14 | J | B | |
| 102. -- RS Value Fund | | | | | Sold | 03/20/14 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  -- T Rowe Price Mid Cap Value Fund Adv Class | | | | | | | | | |
| 104.  -- T Rowe Price Value Fund Adv Class | | | | | | | | | |
| 105.  -- Royce PA Mutual Fund | | | | | | | | | |
| 106.  -- S&P 500 Depository Receipt | | | | | Buy (add'l) | 12/26/14 | J | | |
| 107.  -- CRM Mid Cap Value Investor Fund | | | | | Sold | 03/20/14 | J | C | |
| 108.  -- Invesco Int'l Growth Fund | | | | | | | | | |
| 109.  -- Artisan Int'l Value Fund | | | | | | | | | |
| 110.  -- American EuroPacific Growth Fund | | | | | | | | | |
| 111.  -- Thornburg Int'l Value Fund | | | | | Sold | 03/20/14 | J | B | |
| 112.  -- AllianceBern Muni Inc II NJ Fund | | | | | Sold | 01/07/14 | K | A | |
| 113.  -- Fidelity NJ Muni Income | | | | | Sold | 01/07/14 | L | A | |
| 114.  -- MFS International Diversification Fund | | | | | | | | | |
| 115.  -- Fidelity Advisor New Insights | | | | | | | | | |
| 116.  -- EV Parametric Structure Emerging Markets | | | | | Sold (part) | 03/20/14 | J | A | |
| 117.  -- EV Parametric Structure Emerging Markets | | | | | Sold (part) | 12/23/14 | J | A | |
| 118.  -- T Rowe Price Tax Free Income | | | | | | | | | |
| 119.  -- Dodge & Cox Stock Fund | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -- IShares TR 1000 Index | | | | | | | | | |
| 121.  -- IShares TR 1000 Value Index | | | | | Buy (add'l) | 03/24/14 | J | | |
| 122.  -- Oakmark International | | | | | Sold (part) | 01/07/14 | J | A | |
| 123.  -- Oakmark International | | | | | Buy (add'l) | 10/08/14 | J | | |
| 124.  -- Oakmark International | | | | | Sold (part) | 12/15/14 | J | A | |
| 125.  -- IShares Msci EAFE Index | | | | | | | | | |
| 126.  -- IShares TR Russell Midcap Value Index | | | | | | | | | |
| 127.  -- Templeton Global Bond | | | | | Buy (add'l) | 03/20/14 | J | | |
| 128.  -- Templeton Global Bond | | | | | Buy (add'l) | 10/08/14 | J | | |
| 129.  -- Templeton Global Bond | | | | | Sold (part) | 12/23/14 | J | A | |
| 130.  -- T Rowe Price International Stock | | | | | Buy (add'l) | 03/20/14 | J | | |
| 131.  -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 01/07/14 | J | | |
| 132.  -- Wells Fargo Short-Term Muni Inc | | | | | Buy (add'l) | 03/20/14 | J | | |
| 133.  -- Wells Fargo Short-Term Muni Inc | | | | | Sold (part) | 05/28/14 | J | A | |
| 134.  -- Aberdeen Emerging Markets | | | | | Sold | 03/20/14 | J | A | |
| 135.  -- Fidelity Emerging Markets | | | | | Buy (add'l) | 03/20/14 | J | | |
| 136.  -- Oppenheimer International Bond | | | | | Sold (part) | 10/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -- Oppenheimer International Bond | | | | | Buy (add'l) | 12/23/14 | J | | |
| 138. -- Blackrock National Muni | | | | | Buy (add'l) | 01/07/14 | M | | |
| 139. -- Nuveen Intermediate Duration Muni Bond A | | | | | Buy | 01/07/14 | K | | |
| 140. -- Nuveen Intermediate Duration Muni Bond A | | | | | Buy (add'l) | 03/20/14 | J | | |
| 141. -- Nuveen Intermediate Duration Muni Bond A | | | | | Buy (add'l) | 12/23/14 | J | | |
| 142. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Buy | 01/09/14 | J | | |
| 143. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Buy (add'l) | 03/24/14 | J | | |
| 144. -- Sector Spdr Tr Shs Ben Int Financial | | | | | Buy (add'l) | 12/26/14 | J | | |
| 145. -- Fidelity Low Priced Stock | | | | | Buy | 03/20/14 | J | | |
| 146. -- Invesco Convertible Securities Fd Cl Y | | | | | Buy | 05/28/14 | J | | |
| 147. -- Invesco Convertible Securities Fd Cl Y | | | | | Buy (add'l) | 08/04/14 | J | | |
| 148. -- Invesco Convertible Securities Fd Cl Y | | | | | Sold | 12/09/14 | J | A | |
| 149. -- Franklin International Small Cap Growth Advisor | | | | | Buy | 12/23/14 | J | | |
| 150. -- MFS International Value Fund | | | | | Buy | 12/23/14 | J | | |
| 151. -- Wasatch Forntier Emerging Small Cp's | | | | | Buy | 12/23/14 | J | | |
| 152. -- Spdr Ser Tr Barclays Conv Secs Etf | | | | | Buy | 12/26/14 | J | | |
| 153. GLENMEDE IRA | E | Distribution | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -- Glenmede Core Fixed Income Port | | | | | Sold (part) | 11/19/14 | K | A | |
| 155. -- Exxon Mobil Corp | | | | | | | | | |
| 156. -- Johnson & Johnson | | | | | | | | | |
| 157. -- Glenmede Govt Cash Fund | | | | | | | | | |
| 158. -- Devon Energy | | | | | Sold | 07/29/14 | K | D | |
| 159. -- Qualcomm Corp | | | | | Sold (part) | 07/28/14 | J | B | |
| 160. -- AT&T Inc | | | | | Buy (add'l) | 03/06/14 | J | | |
| 161. -- Exelon Corp | | | | | Sold | 04/08/14 | J | A | |
| 162. -- Intel Corp | | | | | Sold | 07/28/14 | K | D | |
| 163. -- Templeton Global Bond Fund | | | | | | | | | |
| 164. -- Legg Mason Brandywine Global Fund | | | | | | | | | |
| 165. -- Matthews Asian & Growth Income Fund | | | | | | | | | |
| 166. -- Kellogg Co | | | | | | | | | |
| 167. -- E I DuPont de Nemours & Co | | | | | Sold | 10/14/14 | J | B | |
| 168. -- Conocophillips | | | | | | | | | |
| 169. -- Mosaic Co | | | | | Sold | 07/28/14 | J | B | |
| 170. -- Microchip Technology Inc | | | | | Sold | 01/22/14 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- Glenmede Fund Inc Advisor Small Cap | | | | | Sold (part) | 02/05/14 | J | B | |
| 172. -- Glenmede Fund Inc Advisor Small Cap | | | | | Buy (add'l) | 08/05/14 | J | | |
| 173. -- Dupont Capital Emerging Markets | | | | | Sold (part) | 04/07/14 | K | A | |
| 174. -- Dupont Capital Emerging Markets | | | | | Sold | 06/03/14 | J | A | |
| 175. -- American Express Co. | | | | | Sold (part) | 02/27/14 | J | C | |
| 176. -- Matthews Pacific Tiger Fund | | | | | | | | | |
| 177. -- Van Eck Global Hard Assets | | | | | | | | | |
| 178. -- Freeport McMoran Copper Gold Inc | | | | | Buy (add'l) | 11/17/14 | J | | |
| 179. -- Tupperware Corp | | | | | Buy (add'l) | 10/16/14 | J | | |
| 180. -- Coach Inc | | | | | Sold | 07/28/14 | J | A | |
| 181. -- Graco Inc | | | | | Sold | 03/17/14 | J | A | |
| 182. -- Apple Inc | | | | | | | | | |
| 183. -- Apache Corp | | | | | Sold | 07/29/14 | K | C | |
| 184. -- Coca Cola Co | | | | | Sold | 05/21/14 | J | A | |
| 185. -- Merck & Co Inc | | | | | Sold | 07/28/14 | J | C | |
| 186. -- General Electric | | | | | Sold | 08/04/14 | J | A | |
| 187. -- Abbvie Inc Co | | | | | Sold | 10/02/14 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- Wells Fargo Co | | | | | | | | | |
| 189. -- Astrazeneca PLC | | | | | Sold | 03/17/14 | K | D | |
| 190. -- Seyworks Solutions | | | | | Sold (part) | 07/01/14 | J | D | |
| 191. -- Seyworks Solutions | | | | | Sold (part) | 12/18/14 | J | D | |
| 192. --National Oilwell Varco Inc | | | | | | | | | |
| 193. -- Ensco PLC | | | | | | | | | |
| 194. -- Celgene Corp | | | | | | | | | |
| 195. -- Allergan Inc | | | | | Sold (part) | 07/28/14 | J | C | |
| 196. -- Allergan Inc | | | | | Sold (part) | 10/08/14 | J | C | |
| 197. -- Ebay Inc | | | | | | | | | |
| 198. -- Franklin Resources Inc | | | | | | | | | |
| 199. -- Cisco Systems | | | | | | | | | |
| 200. -- Baxter Intl Inc | | | | | | | | | |
| 201. -- Blackrock Strategic Income | | | | | | | | | |
| 202. -- Union Pacific Corp | | | | | Buy | 01/22/14 | J | | |
| 203. -- Procter & Gamble | | | | | Buy | 01/29/14 | J | | |
| 204. -- Target Corp | | | | | Buy | 02/04/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -- Precision Castparts Corp | | | | | Buy | 04/16/14 | J | | |
| 206. -- Precision Castparts Corp | | | | | Buy (add'l) | 07/29/14 | J | | |
| 207. -- First Rep Bk San Fran Cali New | | | | | Buy | 04/23/14 | J | | |
| 208. -- First Rep Bk San Fran Cali New | | | | | Sold | 08/06/14 | J | A | |
| 209. -- Google Inc | | | | | Buy | 05/12/14 | J | | |
| 210. -- Petsmart Inc | | | | | Buy | 05/21/14 | J | | |
| 211. -- Petsmart Inc | | | | | Sold | 07/31/14 | J | B | |
| 212. -- Ross Stores | | | | | Buy | 05/21/14 | J | | |
| 213. -- Ross Stores | | | | | Sold | 10/15/14 | K | B | |
| 214. -- Now Inc | | | | | Spinoff (from line 212) | 06/02/14 | J | | |
| 215. -- Now Inc | | | | | Sold | 06/27/14 | J | A | |
| 216. -- W W Grainger Inc | | | | | Buy | 07/21/14 | K | | |
| 217. -- Emerson Electric | | | | | Buy | 08/05/14 | J | | |
| 218. -- Loomis Sayles Bond Fund | | | | | Buy | 08/05/14 | K | | |
| 219. -- T Rowe Price Emerging Mkt | | | | | Buy | 08/05/14 | K | | |
| 220. -- McCormick & Co Inc | | | | | Buy | 10/06/14 | J | | |
| 221. -- Tractor Supply | | | | | Buy | 10/07/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- Whiting Petroleum | | | | | Buy | 10/08/14 | J | | |
| 223. -- Whiting Petroleum | | | | | Buy (add'l) | 11/14/14 | J | | |
| 224. -- Priceline.Com Inc | | | | | Buy | 10/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Thompson, Anne E. | 05/01/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Anne E. Thompson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544